UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVIS CLINTON COLEMAN,<br>Plaintiff,<br>v.<br>JOHNSTON et al.,<br>Defendants. | CASE NO. 2:26-cv-02117-LK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge S. Kate Vaughan, recommending the dismissal of this action without prejudice for failure to prosecute. Dkt. No. 9 at 2. On June 18, 2026, the Clerk sent Mr. Coleman a letter directing him to correct his application to proceed *in forma pauperis* ("IFP") or the case may be dismissed. Dkt. No. 6. Plaintiff did not do so, and on June 29, 2026, the letter concerning the IFP deficiency was returned to the Court as undeliverable. Dkt. No. 7.

On November 18, 2026, the R&R addressed to Mr. Coleman at the address he provided to the Court was returned as undeliverable. Dkt. No. 10. No objections to the R&R have been received.

A party proceeding pro se shall keep the Court and opposing parties advised as to his or her current mailing address. LCR 41(b)(2). If mail directed to a pro se plaintiff is returned by the Postal Service, and if such plaintiff fails to notify the Court and opposing parties within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. *Id.*

Having reviewed the R&R, the remaining record, and the applicable law, the Court finds and ORDERS as follows:

1. The Court ADOPTS the Report and Recommendation, Dkt. No. 9.
2. This case is DISMISSED without prejudice.
3. The Clerk is directed to close this case.
4. The Clerk is directed to send copies of this Order to Mr. Coleman at his last known address and to Judge Vaughan.

Dated this 23rd day of November, 2026.

Lauren King
United States District Judge